

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2014

No. 04-14-00055-CV

**IN RE** Comfort **ROBERTS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

On January 22, 2014, relator Comfort Roberts filed a petition for writ of mandamus followed by an emergency motion for temporary stay the following day. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and emergency motion for temporary stay are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on January 27th, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013CI12260, styled *Lloyd Douglas Enterprises, Inc. d/b/a River City Care Center and Steve Robinson v. Comfort Roberts, Joe A. Fuentes, Cynthia Huggins and Ida Jackson*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Janet Littlejohn presiding.